

# Missouri Court of Appeals
## Southern District

**AUGUST 4, 2014**

THE FOLLOWING CASE WAS AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No. SD32865

   Re:      STATE OF MISSOURI,
   Plaintiff-Respondent,
   vs.
   MART EDWARD PARHAM,
   Defendant-Appellant.